COURT OF APPEALS OF VIRGINIA


Present:   Judges Kelsey, Petty and Retired Judge Hodges[*]


MOORE BROTHERS COMPANY, INC. AND
  COMMONWEALTH CONTRACTOR'S GROUP
  SELF-INSURANCE ASSOCIATION

                                                    MEMORANDUM OPINION[**]
v.       Record No. 2301-09-4                              PER CURIAM
                                                     FEBRUARY 16, 2010
JESSE DANIEL WOLFE


              FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

              (J. David Griffin; Winchester Law Group, P.C., on brief), for
              appellants.

              (Robert B. Guntharp; Richie Law Firm, P.L.C., on brief), for
              appellee.


        Moore Brothers Company, Inc., and its insurer, Commonwealth Contractor's Group

Self-Insurance Association (employer) appeal a decision of the Workers' Compensation

Commission (1) concluding claimant sustained a permanent total impairment and that he

qualified for lifetime disability benefits; (2) relying upon Dr. Hensley's expert testimony that

claimant could not obtain a job in the competitive labor market; (3) finding claimant proved he

was unable to use his arms in any gainful employment; and (4) rejecting the employer's

rehabilitation consultant's testimony because the consultant had not assisted claimant in

obtaining a job in the ten years since claimant's injury.  We have reviewed the record and the

commission's opinion and find that this appeal is without merit.  Accordingly, we affirm for the

---

        [*] Retired Judge Hodges took part in the consideration of this case by designation pursuant to Code § 17.1-400(D).

        [**] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

reasons stated by the commission in its final opinion. <u>See</u> <u>Wolfe v. Moore Bros. Co.</u>, VWC File No. 189-60-79 (Sept. 18, 2009). We dispense with oral argument and summarily affirm because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process. <u>See</u> Code § 17.1-403; Rule 5A:27.

<u>Affirmed.</u>